· ENDICOTT–JOHNSON CORPORATION v. J. I. SHOR, Garnishee.

No. 2765.

Court of Civil Appeals of Texas. El Paso.
Jan. 19, 1933.

■

Fred J. Dudley & Associates, of Dallas, for plaintiff in error.

Wm. Andress, Jr., of Dallas, for defendant in error.

WALTHALL, J.

This is a companion case to that of Brown Shoe Company v. J. I. Shor, Garnishee, 56 S.W.(2d) 466, recently considered by this court. The facts and records in the two cases are similar, and in considering this case we have reached the same conclusion as in that case. For the same reasons there stated, the case is affirmed.